# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ZEPHRUS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:13-cv-02000-LSC-JHE |
| | ) |
| BILL WYNNE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

On September 4, 2014, the magistrate judge filed a report and recommendation recommending this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 7). The plaintiff did not file objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

Done this 1st day of October 2014.

                                        _____
                                        L. Scott Coogler
                                        United States District Judge
                                                                     [160704]